John P. Aldrich, Esq.
Nevada Bar No. 6877
Stephanie Cooper, Esq.
Nevada Bar No. 5919
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Tel: (702) 853-5490
Fax: (702) 227-1975
jaldrich@johnaldrichlawfirm.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RUGGED OAKS INVESTMENT, LLC, | Case No.: 2:15-CV-00240-APG-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| EILEEN NELSON; et al., | |
| Defendants. | |

COMES NOW, Plaintiff RUGGED OAKS INVESTMENT, LLC, by and through its attorney, Stephanie Cooper, Esq. of the Aldrich Law Firm, Ltd. and Defendant NV DHHS DIV OF WELFARE & SUPP SERVICES, by and through its attorney Linda Anderson, Esq., Chief Deputy Attorney General, stipulate and agree as follows:

That the Default against Defendant NV DHHS DIV OF WELFARE & SUPP SERVICES be set aside.

That Defendant NV DHHS DIV OF WELFARE & SUPP SERVICES claims no present or future legal interest, either actual or possessory, in the property located at 5771 Magini Avenue, Las Vegas, Nevada 89141 (APN: 176-36-212-032).

The purpose of a quiet title action is to adjudicate adverse interests of the parties and as there is no adverse interest between Plaintiff and this Defendant, the Complaint as between these parties

quiets the title in the name of Plaintiff as to any claims regarding the interest in the real property with each party to bear their own fees and costs.

This Defendant reserves all rights to apply for, receive or contest any and all excess proceeds which are determined to be available or otherwise disbursed.

IT IS SO STIPULATED.

Dated this ____ day of May, 2015.

| ALDRICH LAW FIRM, LTD. | ATTORNEY GENERAL |
|---|---|
| /s/ Stephanie Cooper | /s/ Linda C. Anderson |
| Stephanie Cooper, Esq. <br> Nevada Bar No. 5919 <br> 1601 S. Rainbow Blvd., Suite 160 <br> Las Vegas, Nevada 89146 <br> Tel (702) 853-5490 <br> Fax (702) 227-1975 <br> *Attorney for Plaintiff* | Linda Anderson, Esq. <br> Nevada Bar No. 4090 <br> 555 E. Washington Avenue, Suite 3900 <br> Las Vegas, Nevada 89101 <br> Tel (702) 486-3077 <br> Fax (702) 486-3871 <br> *Attorney for Defendant NV DHHS DIV OF WELFARE & SUPP SERVICES* |

### ORDER

Having reviewed the foregoing Stipulation, the Court finds that a judgment of quiet title is in favor of Plaintiff as to the claims of quiet title in and between Plaintiff and the stipulating Defendant, NV DHHS DIV OF WELFARE & SUPP SERVICES.

**IT IS SO ORDERED.**

Dated: May 11, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

/ / /
/ / /
/ / /
/ / /
/ / /

Respectfully submitted by:

**ALDRICH LAW FIRM, LTD.**

_____
Stephanie Cooper, Esq.
Nevada Bar No. 5919
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Tel (702) 853-5490
Fax (702) 227-1975
*Attorney for Plaintiff*