John P. Aldrich, Esq.
Nevada Bar No. 6877
Stephanie Cooper, Esq.
Nevada Bar No. 5919
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Tel: (702) 853-5490
Fax: (702) 227-1975
jaldrich@johnaldrichlawfirm.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RUGGED OAKS INVESTMENT, LLC, | Case No.: 2:15-CV-00240-APG-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| EILEEN NELSON; et al., | |
| Defendants. | |

COMES NOW, Plaintiff RUGGED OAKS INVESTMENT, LLC, by and through its attorney, Stephanie Cooper, Esq. of the Aldrich Law Firm, Ltd. and Defendant, LNV Corporation, by and through its attorney, Kelly L. Schmitt, Esq., and stipulates and agree as follows:

That based on discovery performed in the above-captioned case, it has been determined that the David Nelson which LNV Corporation has a judgment against is not the same David Nelson that was identified in the above-captioned litigation as the former husband of Eileen Nelson who owned the subject property prior to foreclosure. Accordingly, the judgment lien on file with the Clark County Recorder's Office as Book Number 20140404 Instrument Number 0000601 is not against the subject property.

That Defendant LNV Corporation claims no present or future legal interest, either actual or possessory, in the property located at 5771 Magini Avenue, Las Vegas, Nevada 89141 (APN: 176-36-212-032).

- 1 -
STIPULATION AND ORDER

The purpose of a quiet title action is to adjudicate adverse interests of the parties and as there is no adverse interest between Plaintiff and this Defendant, the Complaint as between these parties quiets the title in the name of Plaintiff as to any claims regarding the interest in the real property with each party to bear their own fees and costs.

This Defendant reserves all rights to apply for, receive or contest any and all excess proceeds which are determined to be available or otherwise disbursed.

IT IS SO STIPULATED.

Dated this 29th day of January, 2016.

| | |
|---|---|
| **ALDRICH LAW FIRM, LTD.** | **SYLVESTER & POLEDNAK, LTD.** |
| /s/ Stephanie Cooper | /s/ Kelly L. Schmitt |
| John P. Aldrich, Esq. | Kelly L. Schmitt, Esq. |
| Nevada Bar No. 6877 | Nevada Bar No. 10387 |
| Stephanie Cooper, Esq. | 1731 Village Center Circle |
| Nevada Bar No. 5919 | Las Vegas, Nevada 89134 |
| 1601 S. Rainbow Blvd., Suite 160 | Tel (702) 952-5200 |
| Las Vegas, Nevada 89146 | Fax (702) 952-5202 |
| Tel (702) 853-5490 | *Attorney for Defendant LNV Corporation* |
| Fax (702) 227-1975 | |
| *Attorney for Plaintiff* | |

## ORDER

Having reviewed the foregoing Stipulation, the Court finds that a judgment of quiet title is in favor of Plaintiff as to the claims of quiet title in and between Plaintiff and the stipulating Defendant, LNV CORPORATION.

**IT IS SO ORDERED.**

Dated: February 3, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE