UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RUGGED OAKS INVESTMENT,<br><br>Plaintiff,<br><br>v.<br><br>EILEEN NELSON, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-00240-APG-CWH<br><br>**ORDER REGARDING MOTION TO SUPPLEMENT**<br><br>(Dkt. #45) |

Plaintiff Rugged Oaks Investment moves for leave to supplement its prior summary judgment motion. (Dkt. #45.) However, I recently denied Rugged Oaks' prior motion. (Dkt. #48.) The parties therefore should treat Rugged Oaks' motion to supplement as a renewed motion for summary judgment, which includes the arguments made in the motion to supplement as well as those made in the original motion (Dkt. #24), and brief it accordingly. The opposition is due 14 days from the date of this Order. The reply is due seven days thereafter.

IT IS SO ORDERED.

DATED this 8th day of March, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE