UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUGGED OAKS INVESTMENT, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EILEEN NELSON; DAVID NELSON; THE BANK OF NEW YORK MELLON, AS SUCCESSOR TO JP MORGAN BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2005-AR7, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR7 AKA JP MORGAN CHASE BANK, N.A.; CITIBANK (WEST) FSB; INTERNAL REVENUE SERVICE; AACA/ACCOUNT MANAGEMENT SERVICES; CITY OF LAS VEGAS; UNIFUND CCR PARTNERS AS ASSIGNEE OF PALISADES ACQUISITION XVI; SOUTHWESTUSA BANK; NV DHHS DIV OF WELFARE & SUPP SERVICES; LNV CORPORATION; MTC CORPORATION DBA TRUSTEE CORPS; DOES 1 through 20, inclusive; and ROE CORPORATIONS 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No.:  2:15-CV-00240-APG-CWH<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST INTERNAL REVENUE SERVICE**<br><br>(Dkt. #44) |

　　　　The plaintiff moved for summary Judgment against the Internal Revenue Service. (Dkt. 44.) The Internal Revenue Service filed a Notice of Non-Opposition. (Dkt. 47.) The plaintiff's motion sets forth sufficient grounds for summary judgment to be granted. Therefore I find as follows:

　　　　1.　　No genuine issues of material fact exists which would preclude the entry of judgment as between the plaintiff and the Internal Revenue Service.

　　　　2.　　The liens recorded by the Internal Revenue Service as Clark County Document and Instrument Number 20070503-0000057 and 20130910-0001170 against David Nelson are released as against the property identified as APN: 176-36-212-032 or commonly known as 5771 Magini Avenue, Las Vegas, NV 89141.

3. The Internal Revenue Service is hereby adjudged to have no interest or lien in or on the real property identified as APN: 176-36-212-032 or commonly known as 5771 Magini Avenue, Las Vegas, NV 89141.

IT IS HEREBY ORDERED that plaintiff's motion for summary judgment **(Dkt. #44) is granted.**

IT IS FURTHER ORDERED that the liens of the Internal Revenue Service filed as County Document and Instrument Number 20070503-0000057 and 20130910-0001170 against David Nelson are released as to the property identified as APN 176-36-212-032 or commonly known as 5771 Magini Avenue, Las Vegas, NV 89141.

Dated this 17th day of March 2016.

_____
DISTRICT COURT JUDGE