UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RUGGED OAKS INVESTMENT,<br><br>            Plaintiff,<br><br>vs.<br><br>EILEEN NELSON, et al.,<br><br>           Defendants. | Case No. 2:15-cv-00240-JCM-CWH<br><br>**ORDER** |

Presently before the court is Plaintiff Rugged Oaks Investment, LLC's Motion to Strike Notice of Supplemental Authority or in the Alternative, Permission to File Response to Notice of Supplemental Authority (ECF No. 65), filed on September 7, 2016. Plaintiff requests that the court strike Defendant The Bank of New York Mellon's Notice of Supplemental Authority in Support of Motion for Summary Judgment (ECF No. 64) on the grounds that Defendant did not request permission to file it.

Local Rule 7-2(g) provides that supplementation is prohibited without leave of court. Specifically, "[a] party may not file supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause. The judge may strike supplemental filings made without leave of court." Given that Defendant did not request leave of court to file its supplement, the court will grant Plaintiff's motion to strike.

IT IS THEREFORE ORDERED that Plaintiff Rugged Oaks Investment, LLC's Motion to Strike Notice of Supplemental Authority or in the Alternative, Permission to File Response to Notice of Supplemental Authority (ECF No. 65) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court must STRIKE Defendant The Bank of New York Mellon's Notice of Supplemental Authority in Support of Motion for Summary Judgment (ECF No. 64).

DATED: September 12, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**